Robert A. Rosette (CA SBN 224437)
Little Fawn Boland (CA SBN 240181)
Meagan Reed (CA SBN 251482)
Nicole St. Germain (CA SBN 261356)
ROSETTE & ASSOCIATES, PC
193 Blue Ravine Road, Suite 255
Folsom, CA 95630
(916) 353-1084 (Office)
(916) 353-1085 (Fax)

Attorneys for Plaintiff
Tuolumne Band of Me-Wuk Indians

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUOLUMNE BAND OF ME-WUK INDIANS, a federally-recognized Indian Tribe,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF CALIFORNIA; CALIFORNIA GAMBLING CONTROL COMMISSION, an agency of the State of California; and ARNOLD SCHWARZENEGGER, as Governor of the State of California;<br><br>Defendants. | Case No.: 2:09-CV-02263 JAM KJN<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY TIMELINES**<br><br>Judge:      Hon. John A. Mendez<br>Trial Date: March 21, 2011<br>                  9:00 a.m. |

//
//
//
//
//
//
//

CASE NO. 2:09-CV-02263

Stipulation and [Proposed] Order to Extend Discovery Timelines

PDF created with pdfFactory trial version www.pdffactory.com

**STIPULATION**

IT IS HEREBY STIPULATED, by and between Plaintiff TUOLUMNE BAND OF ME-WUK INDIANS ("Plaintiff") and Defendants STATE OF CALIFORNIA, CALIFORNIA GAMBLING CONTROL COMMISSION, and ARNOLD SCHWARZENEGGER ("Defendants") (collectively referred to as "Parties") that the discovery deadlines detailed below be extended thirty (30) days, or by such greater number of days as the Court sees fit, in order to enable Plaintiff to review the Defendants' production in response to Plaintiff's First Set of Requests for Production of Documents, which is anticipated to be received by the Plaintiff no earlier than August 5, 2010, and such extension will allow the Plaintiff to make its determinations with respect to expert witnesses and other discovery related matters.

The deadlines associated with discovery are as such:

1. August 6, 2010 – Last day for expert witnesses to be disclosed.

2. August 20, 2010 – Last day for supplemental disclosure regarding experts and rebuttal experts.

3. October 1, 2010 – Last day for all discovery to be completed.

The Parties collectively and respectfully request that all of these deadlines be moved and calendared as:

1. September 6, 2010 – Last day for expert witnesses to be disclosed.

2. September 20, 2010 – Last day for supplemental disclosure regarding experts and rebuttal experts.

3. November 1, 2010 – Last day for all discovery to be completed.

//
//
//
//
//
//
//

Rosette & Associates
193 Blue Ravine Road
Suite 255
Folsom, California 95630

1

CASE NO. 2:09-CV-02263

Stipulation and [Proposed] Order to Extend Discovery Timelines

PDF created with pdfFactory trial version www.pdffactory.com

IT IS SO STIPULATED:

DATED:  August 4, 2010                    ROSETTE & ASSOCIATES, PC


                                                      By:  /s/ Meagan J. Reed
MEAGAN J. REED
Counsel for Plaintiff Tuolumne Band of
Me-Wuk Indians


DATED:  August 4, 2010                    EDMUND G. BROWN JR.
Attorney General of California
SARA J. DRAKE
Acting Senior Assistant Attorney General


                                                      By: /s/ Neil D. Houston (as authorized on August 4, 2010)
NEIL D. HOUSTON
Deputy Attorney General

*Attorneys for Defendants State of California, California Gambling Control Commission and Governor Arnold Schwarzenegger*

Rosette & Associates
193 Blue Ravine Road
Suite 255
Folsom, California  95630

2                              CASE NO. 2:09-CV-02263
Stipulation and [Proposed] Order to Extend Discovery Timelines

PDF created with pdfFactory trial version www.pdffactory.com

## **ORDER**

The Court, having reviewed and considered the above Stipulation between the Parties, and good cause appearing therefore, makes the following order:

The discovery deadlines shall be extended thirty (30) days and calendared as such:

1. September 6, 2010 – Last day for expert witnesses to be disclosed.

2. September 20, 2010 – Last day for supplemental disclosure regarding experts and rebuttal experts.

3. November 1, 2010 – Last day for all discovery to be completed.

IT IS SO ORDERED.

DATED:   August 5, 2010                             /s/ John A. Mendez_____
                                                                          Honorable John A. Mendez
                                                                          U. S. DISTRICT COURT JUDGE

Rosette & Associates
193 Blue Ravine Road
Suite 255
Folsom, California  95630

3                              CASE NO. 2:09-CV-02263
Stipulation and [Proposed] Order to Extend Discovery Timelines

PDF created with pdfFactory trial version www.pdffactory.com