**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TUOLUMNE BAND OF ME-WUK INDIANS, a federally-recognized Indian Tribe,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA; CALIFORNIA GAMBLING CONTROL COMMISSION, an agency of the State of California; and ARNOLD SCHWARZENEGGER, as Governor of the State of California;<br><br>Defendants. | Case No.: 2:09-CV-02263 JAM KJN<br><br>**ORDER GRANTING EXTENSION OF TIMELINES**<br><br>Honorable JOHN A. MENDEZ |

Rosette & Associates, PC
193 Blue Ravine Road
Suite 255
Sacramento, California 95630

Case No.: 09-02263

[Proposed] Order Granting Extension of Timelines

## **ORDER**

The Court, having reviewed and considered the Stipulation between the Parties, and good cause appearing therefore, orders as follows:

Case events shall be calendared as follows:

1. December 1, 2010 – Last day for all discovery to be completed.

2. December 10, 2010 – Last day to file dispositive motions.

3. January 12, 2011 9:30 a.m. – Hearing on the dispositive motions.

4. February 11, 2011 at 2:00 p.m. – Final pre-trial conference.

5. March 21, 2011 at 9:00 a.m. – Trial.


IT IS SO ORDERED.


DATED: September 29, 2010.

                                                 /s/ John A. Mendez
                                                 UNITED STATES DISTRICT JUDGE

Rosette & Associates, PC
193 Blue Ravine Road
Suite 255
Sacramento, California 95630

1

Case No.: 09-02263

[Proposed] Order Granting Extension of Timelines