Robert A. Rosette (CA SBN 224437)
Nicole St. Germain (CA SBN 261356)
ROSETTE, LLP
ATTORNEYS AT LAW
193 Blue Ravine Rd., Suite 255
Folsom, California 95630
(916) 353-1084 (Office)
(916) 353-1085 (Fax)
rosette@rosettelaw.com
nstgermain@rosettelaw.com

Attorneys for Plaintiff
Tuolumne Band of Me-Wuk Indians

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUOLUMNE BAND OF ME-WUK INDIANS, a federally-recognized Indian Tribe,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF CALIFORNIA; CALIFORNIA GAMBLING CONTROL COMMISSION, an agency of the State of California; and ARNOLD SCHWARZENEGGER, as Governor of the State of California;<br><br>Defendants. | Case No.: 2:09-CV-02263 JAM KJN<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Judge:       The Honorable John A. Mendez<br><br>Trial Date:  None Set<br>Action Filed: August 14, 2009 |

For the reasons stated herein, the parties to this action, by and through their attorneys of record, hereby stipulate to dismissal with prejudice under the following terms.

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Tuolumne Band of Me-Wuk Indians, a federally recognized Indian tribe ("Tribe"), and Defendants, the State of California, the California Gambling Control Commission ("Commission"), and the Governor of the State of California (collectively "State Defendants"),

1

CASE NO. 2:09-CV-02263

Rosette, LLP
Attorneys at Law
193 Blue Ravine Road
Suite 255
Folsom, California 95630

PDF created with pdfFactory trial version www.pdffactory.com

1  being all the parties who have appeared herein, pursuant to Federal Rule of Civil Procedure

2  41(a)(1)(A)(ii), by and through their respective counsel of record, jointly stipulate as follows:

3        In this action the Tribe challenges the Commission's interpretation of particular provisions

4  of the class III Tribal-State gaming compact between the Tribe and the State ("Compact").  The

5  Compact at issue is a form compact that the State entered into with numerous tribes in California.

6  As determined by the Ninth Circuit Court of Appeals in *Cachil Dehe Band of Wintun Indians of*

7  *the Colusa Indian Community v. California*, 618 F.3d 1066 (9th Cir. 2010) (*Colusa*), the

8  statewide Gaming Device license pool provided by § 4.3.2.2(a)(1) of the Compact consists of

9  40,201 licenses.  By virtue of the finality of the *Colusa* decision, the State is now bound by the

10  Ninth Circuit Court of Appeals' interpretation of Compact § 4.3.2.2(a)(1) as to the Tribe's

11  Compact, and the Tribe no longer has a need for declaratory relief regarding the meaning of

12  Compact § 4.3.2.2(a)(1).  Thus, the Tribe's request for declaratory judgment as to its First Claim

13  for Relief is unnecessary.

14        The Tribe is presently entitled to draw future Gaming Device licenses pursuant to the

15  terms of Compact § 4.3.2.2, as a tier (iii) tribe, and will be entitled to draw in tier (iii) until the

16  Tribe has drawn an additional five hundred fifty (550) licenses at tier (iii).[1]  The Tribe may

17  remain in any applicable tier until it has drawn the maximum number of licenses authorized by

18  that tier.  Accordingly, the Tribe no longer has a need for declaratory judgment relief concerning

19  the Commission's interpretation of Compact § 4.3.2.2(a)(3) and method of assigning draw tier

20  rankings, and its request for declaratory judgment as to its Second Claim for Relief is moot.

21        The Tribe may notify the Commission that it wishes to acquire additional Gaming Device

22  licenses according to the terms of the Compact, including Compact § 4.3.2.2(a)(3)(vi).  The

23  Commission shall then initiate and conduct the Gaming Device license draw process in

24  accordance with the terms of the Compact.  Accordingly, the Tribe no longer has a need for the

25  injunctive relief sought in paragraph 2 of its prayer.[2]

26       
[1]  Under the interpretation of Compact § 4.3.2.2(a)(3) sought by the Tribe in this action, the Tribe
27  has already acquired 200 of the 750 licenses that may be drawn in tier (iii), and therefore may
draw 550 additional licenses from that tier.
[2]  The prayer has two paragraphs numbered "2."  The reference herein is to the second paragraph
28  two.

Rosette, LLP
Attorneys at Law
193 Blue Ravine Road
Suite 255
Folsom, California 95630

2                                    CASE NO. 2:09-CV-02263
JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

PDF created with pdfFactory trial version www.pdffactory.com

1    THEREFORE, the parties stipulate that good cause exists for the Court to dismiss this

2    action and all pending claims herein with prejudice.  The parties shall be responsible for any and

3    all of their respective attorneys' fees, costs and expenses incurred in connection with the

4    prosecution or defense of this action.

5

6    IT IS SO STIPULATED.

7

8    Dated:  July 27, 2011                      KAMALA D. HARRIS
                                                Attorney General of California
9                                               SARA J. DRAKE
                                                Senior Assistant Attorney General
10

11

12                                              /s/ Neil D. Houston
                                                NEIL D. HOUSTON
13                                              Deputy Attorney General
                                                *Attorneys for State Defendants*
14

15

16   Dated:  July 27, 2011                      ROSETTE, LLP
                                                ATTORNEYS AT LAW
17                                              ROBERT A. ROSETTE

18                                              /s/ Robert A. Rosette
                                                ROBERT A. ROSETTE
19                                              *Attorneys for Plaintiff*

20

21

22

23

24

25

26

27

28

Rosette, LLP
Attorneys at Law
193 Blue Ravine Road
Suite 255
Folsom, California 95630

3

CASE NO. 2:09-CV-02263

JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

PDF created with pdfFactory trial version www.pdffactory.com

## ORDER

The Court, having considered the Joint Stipulation and Order for Dismissal With Prejudice, filed on July 26, 2011, and being satisfied that good cause therefor exists: Now, therefore, it is hereby ordered that the action be and the same is hereby dismissed with prejudice, and that each party shall bear its own costs and attorneys fees incurred herein.

IT IS SO ORDERED.

Dated:  7/27/2011                                      /s/ John A. Mendez_____
                                                       Honorable John A. Mendez
                                                       U.S. DISTRICT COURT JUDGE

Rosette, LLP
Attorneys at Law
193 Blue Ravine Road
Suite 255
Folsom, California 95630

4

JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

PDF created with pdfFactory trial version www.pdffactory.com